No. 1188. Mariani, Plaintiff and Appellant, v. Bartoli, Defendant and Respondent.—Appeal from the District Court of Ponce in an action for an accounting and nullity of acts of administration. Motion by the appellant for leave to withdraw the appeal. Decided June 19, 1914. Motion sustained. Mr. Francisco Parra Capó for the appellant. Messrs. Tord, Castro & Canales for the respondent.

---

No. 54. Ex parte Rodríguez, Petitioner.—Application for a writ of *habeas corpus*. Decided June 23, 1914. Application denied for failure to allege whether the petitioner has served the term of five days' imprisonment to which he was sentenced. Messrs. Travieso & Iriarte for the petitioner.

---

No. 1150. Successors of José Martínez, Plaintiffs and Appellants, v. Tomás Dávila & Co., Defendants and Respondents.—Appeal from the District Court of San Juan, Section 2, in an action of debt. Motion by appellants withdrawing the appeal. Decided June 25, 1914. Motion sustained. Messrs. Bosch & Soto for the appellants. Mr. Cayetano Coll y Cuchí for the respondents.

---

No. 55. Ex parte Rodríguez, Petitioner.—Application for a writ of *habeas corpus*. Decided June 25, 1914. Application denied. Messrs. Travieso & Iriarte for the petitioner.

---

No. 127. Martínez, Petitioner, v. Soto Nussa, District Judge, Respondent.—Application for a writ of *certiorari* to the Judge of the District Court of Aguadilla in an action